# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL KUILON,<br><br>Defendant. | Case No.:   25mj3670<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Federal Officers (Felony) |

The undersigned complainant being duly sworn states:

On or about July 2, 2025, within the Southern District of California, defendant RAUL KUILON, did intentionally and forcibly assault, a person designated in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, Homeland Security Investigations Special Agent S.F., where such acts involved physical contact, to wit: defendant utilized his right arm to forcefully strike the arm of Special Agent S.F. while S.F. was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//

The complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Natasha Williams
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on July 3, 2025.

_____
Hon. Allison H. Goddard
United States Magistrate Judge

2

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, interviews of witnesses, and interviews of victims by Homeland Security Investigations ("HSI") Special Agent ("SA") Natasha Williams.

On July 2, 2025, HSI SAs and Task Force Officers ("TFOs") were conducting an enforcement operation near the Linda Vista, San Diego, California area. During the enforcement operation, a perimeter was established to preserve the scene of a previous assault. The perimeter was denoted by bright yellow tape marked with "POLICE LINE DO NOT CROSS" printed along it.

On July 2, 2025, an individual later identified as defendant RAUL KUILON, a United States citizen, was observed as he arrived at the scene in a black sedan vehicle bearing California license plates. KUILON was observed wearing a black shirt and pants, appeared to have facial hair and was of medium complexion. KUILON was observed as he approached the marked "POLICE LINE DO NOT CROSS" taped perimeter line. KUILON pulled the taped perimeter line over his head and walked into the secured perimeter area. KUILON asked the agent what the agent was going to do about KUILON crossing into the taped off area. Prior to KUILON crossing the line, agents had informed KUILON several times not to cross the taped perimeter line and that by crossing the taped perimeter line would result in his arrest. KUILON was subsequently removed from the secured perimeter area. As agents began to push KUILON back to reestablish the scene perimeter, KUILON raised his right arm and brought it forcefully down on the left forearm of HSI SA S.F. Additionally, KUILON was heard stating if anyone put their hands on him, he was going to put his hands back on that person.

As additional agents arrived on scene to place KUILON under arrest, KUILON resisted by refusing to obey commands and by pulling away. Agents were ultimately able to gain compliance from KUILON. KUILON was placed under arrest at approximately 12:30 p.m. Based on my training and experience, I believe KUILON committed a violation of 18 U.S.C. § 111(a)(1), assault of a federal officer.